Certificate Number: 05781-MN-DE-041193758

Bankruptcy Case Number: 26-31142



05781-MN-DE-041193758

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 11, 2026, at 11:54 o'clock AM PDT, John Arens Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date:   July 11, 2026                      By:     /s/Allison M Geving

                                           Name:   Allison M Geving

                                           Title:   President